**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No: 08-13555 (SCC)<br><br>Chapter 11<br><br>Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC. and<br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiffs,<br><br>– against –<br><br>SEQUA CORPORATION,<br><br>Defendant. | Adv. Pro. No. 15-01404 (SCC) |

**STIPULATION OF DISMISSAL WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED by and between Lehman Brothers Holdings Inc. in its capacity as Plan Administrator of Lehman Brothers Special Financing Inc. ("LBSF") and Sequa Corporation ("Sequa"), and their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the above-captioned adversary proceeding and the claims asserted therein are dismissed with prejudice and without costs.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
       September 18, 2017

| WOLLMUTH MAHER & DEUTSCH LLP | BAILEY & GLASSER LLP |
|---|---|
| By: /s/ Fletcher W. Strong<br>    James N. Lawlor<br>    Fletcher W. Strong | By: /s/ Nicholas S. Johnson<br>    Nicholas S. Johnson<br>    Cary Joshi |
| 500 Fifth Avenue<br>New York, New York 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050 | 1054 31st Street NW, Suite 230<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103 |
| *Counsel for Plaintiffs Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.* | *Counsel for Defendant Sequa Corporation* |